IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| MATTHEW SHAW, | § | |
| | § | No. 134, 2021 |
| Plaintiff Below, Appellant, | § | |
| | § | Court Below: Superior Court |
| v. | § | of the State of Delaware |
| | § | |
| STATE OF DELAWARE, | § | C.A. No. N19C-07-199 |
| | § | |
| Defendant Below, Appellee. | § | |

Submitted: October 27, 2021
Decided: November 4, 2021

Before **VALIHURA**, **VAUGHN**, and **TRAYNOR**, Justices.

## **O R D E R**

This 4th day of November 2021, having considered this matter on the briefs of the parties and the record below, and having concluded that the same should be affirmed on the basis of and for the reasons assigned by the Superior Court in its Order dated April 6, 2021;

NOW, THEREFORE, IT IS ORDERED that the judgment of the Superior Court be and the same hereby is AFFIRMED.

BY THE COURT:

*/s/ Karen L. Valihura*
Justice